**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **MONA LEWIS** ) | ) |
| ) | **Case No.: 1:15-cv-14140-NMG** |
| **Plaintiff,** ) | ) |
| v. ) | ) |
| ) | **NOTICE OF SETTLEMENT** |
| **EOS CCA.** ) | ) |
| ) | |
| **Defendant.** ) | ) |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: <u>March 10, 2016</u>         /s/ Craig Thor Kimmel
                                              Craig Thor Kimmel, Esquire
                                              Kimmel & Silverman, P.C.
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Fax: (215) 540-8817
                                              Email: kimmel@creditlaw.com
                                              Attorney for the Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 10th day of March 2016, with:

    United States District Court CM/ECF system

Notification sent electronic mail on this 10th day of March 2016, to:

Michael Kraft, Esq.
Kraft Law Firm.
30 Coach Lane
Westwood, MA 02090
Email: michael@kraftlawfirm.com

                        By: /s/ Craig Thor Kimmel
                             Craig Thor Kimmel
                             Kimmel & Silverman, P.C.
                             Attorney for Plaintiff